**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Craig M., *et al.*,

Plaintiffs, Case No. 26-12766

v.

Judith E. Levy
United States District Judge

Blue Cross Blue Shield of Michigan,

Mag. Judge Anthony P. Patti

Defendant.

________________________________/

**ORDER DIRECTING PLAINTIFFS TO SUPPLEMENT THE RECORD**

Plaintiffs in this case are identified only as "Craig M." and "H.M."[1] Federal Rule of Civil Procedure 10(a) states, "[t]he title of the complaint must name all the parties." *See also D.E. v. John Doe*, 834 F.3d 723, 728 (6th Cir. 2016). The Court "may excuse plaintiffs from identifying themselves in certain circumstances." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). Parties who wish to proceed under a pseudonym or

[1] Based on the complaint, H.M. does not appear to be a minor, though at least some of the events in the complaint occurred when H.M. was a minor. (ECF No. 1, PageID.6 (stating that an alternate facility only offered treatment to adults, "which would have made H.M. ineligible at the time").)

without their full name must file a motion for a protective order and demonstrate that their "privacy interests substantially outweigh the presumption of open judicial proceedings." *Id.* "In determining whether to grant such an order, district courts consider: (1) whether the plaintiff is suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiff to disclose information 'of the utmost intimacy'; (3) whether the litigation compels plaintiff to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiff is a child." *D.E.*, 834 F.3d at 728 (quoting *Porter*, 370 F.3d at 560).

Plaintiffs have not filed a motion for a protective order to proceed without disclosing their full names. Accordingly, the Court directs Plaintiffs to file a motion for a protective order if they intend to proceed without disclosing their full names. Plaintiffs must file this motion by **September 8, 2026,** or disclose their full names by that same date.

IT IS SO ORDERED.

Dated: August 18, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 18, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager